UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-23384-BLOOM/Otazo-Reyes

AUGUSTINA SANTIAGO,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** is before the Court upon Defendant University of Miami's Motion to Dismiss, ECF No. [19], filed on December 16, 2022 ("Motion"). The Motion was previously referred to the Honorable Melissa Damian for a Report and Recommendations ("R&R"). *See* ECF No. [21]. On April 6, 2023, the Magistrate Judge issued a R&R recommending that the Motion be granted in part and denied in part. ECF No. [28]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, neither party has filed objections, nor have they sought additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED IN PART AND DENIED IN PART** for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     The R&R, **ECF No. [28]**, is **ADOPTED**;

Case No. 22-cv-23384-BLOOM/Otazo-Reyes

2. The Motion, **ECF No. [19]**, is **GRANTED IN PART AND DENIED IN PART**;

3. Count II of the First Amended Complaint, **ECF No. [15]**, is **DISMISSED WITH PREJUDICE**;

4. Defendant shall file an Answer to the First Amended Complaint **no later than May 5, 2023**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 21, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record