## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:22-cv-23384-BLOOM/Damian

**AUGUSTINA SANTIAGO,**

    Plaintiff,

v.

**UNIVERSITY OF MIAMI,**

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Augustina Santiago, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Respectfully submitted this 11th day of May, 2023,

| **Wenzel Fenton Cabassa, P.A.** | **Isicoff Ragatz** |
|---|---|
| 1110 N. Florida Avenue, Suite 300 | 601 Brickell Key Drive, Suite 750 |
| Tampa, Florida 33602 | Miami, Florida 33131 |
| Tel.: (813) 224-0431 | Tel.: (305) 373-3232 |
| Fax: (813) 229-8712 | Fax: (305) 373-3233 |
| | |
| By: /s/ Brandon J. Hill | By: /s/ Christopher M. Yannuzzi |
|     Brandon J. Hill |     Eric D. Isicoff |
|     Florida Bar No. |     Florida Bar No. 372201 |
|     bhill@wfclaw.com |     Isicoff@irlaw.com |
|     Africa F. Altidor |     Teresa Ragatz |
|     Florida Bar No. |     Florida Bar No. 545170 |
|     aaltidor@wfclaw.com |     Ragatz@irlaw.com |
| |     Christopher M. Yannuzzi |
| *Counsel for Plaintiff* |     Florida Bar No. 0092166 |
| |     Yannuzzi@irlaw.com |
| | |
| | *Counsel for Defendant* |